# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1831
L.T. Case No. 2023-010116-CIDL

_____

KATHERINE LYNN JONES,

    Appellant,

    v.

SIKORSKI LANDSCAPING, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Katherine Lynn Jones, Daytona Beach, pro se.

No Appearance for Appellee.

September 30, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

―――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――